# NO. 12-17-00358-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *S.E.T.H. AND R.M.R.H.,* | § | *ORIGINAL PROCEEDING* |
| *CHILDREN* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

M.H. filed an original proceeding in which she challenged Respondent's jurisdiction to issue a temporary order in a suit affecting the parent-child relationship. On February 6, 2018, this Court conditionally granted M.H.'s petition and directed Respondent to vacate his November 8, 2017 temporary restraining order and order for a show cause hearing. By an order signed on February 9, 2018, Respondent has complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss M.H.'s petition for writ of mandamus as ***moot***.

Opinion delivered February 14, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 14, 2018**

**NO. 12-17-00358-CV**

**M.H.,**
Relator
V.

**HON. B. JEFF DORAN,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by M.H.; who is the relator in Cause No. CCL-17-15607, pending on the docket of the County Court at Law of Anderson County, Texas. Said petition for writ of mandamus having been filed herein on November 15, 2017, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*